# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Lydia Carlock and Nicolas Fabrizio, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Hudson Seafood Corporation d/b/a Hudson's Seafood House on the Docks; and John Doe 1-10, individually, <br><br> Defendant. | Civil Action No. 9:18-cv-590-RMG <br><br> **ORDER AND OPINION** |

This matter is before the Court on the parties' Joint Motion for Extension of Time for Defendant to Answer the Complaint and Respond to Plaintiffs' Motions for Conditional Class Certification and Class Certification. (Dkt. No. 13.) On March 26, 2018, this Court granted Defendants' Motion for an Extension of twenty-one days (until April 23, 2018) to Answer the Complaint and Respond to Plaintiffs' Motions. (Dkt. No. 10.)

In the Joint Motion now before the Court, the parties indicate that they reached an agreement to settle the claims in this lawsuit on April 5, 2018 and are in the process of filing a Motion for Settlement Approval. (Dkt. No. 13-2.) The parties ask that the deadline for Defendants to respond to the Complaint and Plaintiffs' Motions for Conditional Class Certification and Class Certification be extended to fourteen (14) days following this Court's Order ruling on their Motion for Settlement Approval. (*Id.*)

For good cause shown, and because the parties consent to the extension, the Motion for Extension of Time (Dkt. No. 13) is GRANTED. The deadline for Defendants to Respond to

Plaintiffs' Motions for Conditional Class Certification is extended until **May 1, 2018**. The parties should submit their Motion for Settlement Approval prior to that date.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

April 16, 2018
Charleston, South Carolina