IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| LYDIA CARLOCK and NICOLAS FABRIZIO, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>HUDSON SEAFOOD CORPORATION., d/b/a HUDSON'S SEAFOOD HOUSE ON THE DOCKS; and JOHN DOE 1-10, individually,<br><br>  Defendants. | CASE NO. 9:18-cv-00590-RMG<br><br><br>**JOINT MOTION REQUESTING APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT** |

  This matter comes before the Court by way of a Joint Motion to approve the settlement of the above civil action commenced by Lydia Carlock and Nicolas Fabrizio (collectively referred to as "**Plaintiffs**") against Hudson Seafood Corporation ("**Defendant**"). Plaintiffs and Defendant are collectively referred to as "**the Parties**" in this Motion.

  In the Complaint, Plaintiffs allege Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and the South Carolina Payment of Wages Act, S.C. Code Ann. § 41-10-10, *et seq.* The Parties have agreed upon a monetary settlement to resolve Plaintiffs' claims against Defendant. As of the filing of this Motion, Defendant has tendered an amount to counsel for Plaintiffs that the Parties agree constitutes the full relief Plaintiffs could possibly recover from Defendant should they prevail in this lawsuit. The amount tendered by Defendant fully compensates Plaintiffs for the following components of damages: loss of the tip-credit for the entire time they worked for Defendant; liquidated damages in amount equal to the amount paid to

Plaintiffs for loss of the tip-credit; all amounts Plaintiffs tipped-out to other employees; and treble damages for all amounts tipped-out by Plaintiffs to other employees.

The remaining element of damages is reasonable attorneys' fees and costs.  Defendants acknowledge that Plaintiffs are entitled to reasonable attorneys' fees and costs.  The Parties have agreed to allow the court to decide this amount.

Based upon the foregoing, the Parties hereby move for a Court Order approving the Settlement Agreement, which is attached as *Exhibit #1*.  Plaintiffs' counsel, Bruce Miller, has submitted a Declaration of Plaintiffs' attorneys' fees and costs, which is attached as *Exhibit #2*.

The Parties so move.

| **BRUCE E. MILLER, P.A.** | **MCNAIR LAW FIRM, P.A.** |
|---|---|
| __Bruce E. Miller__ | __James K. Gilliam__ |
| Bruce E. Miller, Fed ID #3393 | James K. Gilliam, Fed ID #10761 |
| 147 Wappoo Creek Drive, Suite 603 | 2411 N. Oak Street, Suite 206 (29577) |
| Charleston, SC 29412 | Post Office Box 336 |
| Ph:     843.579.7373 | Myrtle Beach, SC 29578-0336 |
| Fax:    843.614.6417 | Ph:     843.444.1107 |
| Email:  bmiller@brucemillerlaw.com | Fax:    843.443.9137 |
| *Attorney for the Plaintiffs* | Email:  jgilliam@mcnair.net |
| | *Attorney for the Defendant* |
| Charleston, South Carolina | Myrtle Beach, South Carolina |
| April 26, 2018 | April 26, 2018 |