# Bruce E. Miller, P.A.
147 Wappoo Creek Drive
Suite 603
Charleston, SC 29412

cmclaughlin@brucemillerlaw.com     Tel. (843) 579-7373
www.brucemillerlaw.com     Fax (843) 614-6417

EIN: 20-0606368

**Hudson's II**     May 8, 2018
Inv #: Sample
Term: 10

Re: Carlock and Fabrizio v. Hudson's; C/A: 9:18-cv-00590-RMG
File #: 2018.008

| Date | Description | TK | TIME | AMT |
|---|---|---|---|---|
| 02-15-18 | Phone call and email correspondence with new opt-ins and draft of opt-in documents | EAG | 1.10 | 275.00 |
| 02-21-18 | Revise Complaint and Motion for Conditional Certification from Hudson's I | EAG | 2.10 | 525.00 |
| | Emails from and to Nick Fabrizio regarding complaint | EAG | 0.30 | 75.00 |
| | Draft documents for initial filing | EAG | 0.20 | 50.00 |
| 02-26-18 | Email to James Gilliam | BEM | 0.20 | 85.00 |
| | Email from James Gilliam | BEM | 0.10 | 42.50 |
| | Email to James Gilliam | BEM | 0.20 | 85.00 |
| 02-27-18 | Email from and email to James Gilliam | BEM | 0.20 | 85.00 |
| | Email from and email to James Gilliam | BEM | 0.30 | 127.50 |
| | Email from James Gilliam | BEM | 0.10 | 42.50 |
| 02-28-18 | Revise Motion for Certification and exhibits to include Rule 23 Class Action | EAG | 2.80 | 700.00 |
| 03-01-18 | Review and revise Memo in Support to Motion for Conditional Certification and Rule 23 Class Action | BEM | 0.80 | 340.00 |
| | Revise Hudson's Motion for Conditional Certification | EAG | 0.30 | 75.00 |

**Exhibit 1**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | Prepare and finalize Complaint, Summons, 26.01 Answers, Coversheet and Consents | CCM | 0.80 | 144.00 |
| 03-05-18 | Email to and email from James Gilliam | BEM | 0.30 | 127.50 |
| | Finalize Motion for Certification and send to James Gilliam | EAG | 0.90 | 225.00 |
| | Email from and to Nick Fabrizio regarding status of the case | EAG | 0.20 | 50.00 |
| | File Motion for Certification | EAG | 0.40 | 100.00 |
| | Draft Acceptance of Service and email to Jim Gilliam | CCM | 0.20 | 36.00 |
| | Serve Registered Agents and email to clients | CCM | 0.40 | 72.00 |
| 03-08-18 | Review legal authority on Defendant attempting to moot claims | EAG | 0.30 | 75.00 |
| 03-23-18 | Two (2) emails from and email to James Gilliam | BEM | 0.40 | 170.00 |
| 03-27-18 | Receive and review Hudson's Motion for Extension of Time | BEM | 0.30 | 127.50 |
| | Receive and review Court Order | BEM | 0.10 | 42.50 |
| | Review FRCP and working session with Beth Germain | BEM | 0.20 | 85.00 |
| | Review and revise Motion & Memo in Support for Extension of Time | BEM | 0.30 | 127.50 |
| 03-28-18 | Receive and review legal authority regarding offers of judgment with FLSA Collective Actions and Rule 23 Class Actions | BEM | 2.40 | 1,020.00 |
| | Receive and review legal authority on service payments | BEM | 0.30 | 127.50 |
| | Receive and review Hudson's Memorandum In Opposition to Extend Time | BEM | 0.50 | 212.50 |
| | Research on Rule 68 offer of judgment and mootness | EAG | 5.90 | 1,475.00 |
| 03-29-18 | Contine review of legal authority regarding Rule 68 | BEM | 2.10 | 892.50 |
| | Analyze damages | BEM | 0.90 | 382.50 |
| | Working session with Beth Germain regarding research, Rule 68 and damages | BEM | 0.80 | 340.00 |
| | Telephone call with Nicolas Fabrizio | BEM | 0.40 | 170.00 |
| | Telephone call with Lydia Carlock | BEM | 0.30 | 127.50 |

|  |  |  | | |
|---|---|---|---|---|
|  | Phone call with Nick Fabrizio regarding offer | EAG | 0.40 | 100.00 |
|  | Phone call with Lydia Carlock regarding offer | EAG | 0.30 | 75.00 |
|  | Working session with Bruce Miller regarding offers | EAG | 0.80 | 200.00 |
| 03-30-18 | Email from Lydia Carlock | BEM | 0.10 | 42.50 |
|  | Email from Nicolas Fabrizio | BEM | 0.10 | 42.50 |
|  | Email to Nicolas Fabrizio and Lydia Carlock | BEM | 0.20 | 85.00 |
|  | Email from Nicolas Fabrizio | BEM | 0.10 | 42.50 |
|  | Email to Nicolas Fabrizio and Lydia Carlock | BEM | 0.20 | 85.00 |
| 04-02-18 | Email from Nicolas Fabrizio | BEM | 0.10 | 42.50 |
|  | Email to Nicolas Fabrizio | BEM | 0.10 | 42.50 |
|  | Email from Nicolas Fabrizio | BEM | 0.10 | 42.50 |
|  | Receive and review Order Denying Plaintiffs' Motion for Extension of Time | BEM | 0.30 | 127.50 |
|  | Telephone call with Nicolas Fabrizio and Lydia Carlock | BEM | 0.30 | 127.50 |
|  | Email to James Gilliam | BEM | 0.20 | 85.00 |
|  | Email from James Gilliam | BEM | 0.20 | 85.00 |
|  | Phone conference with Nick Fabrizio, Lydia Carlock, and Bruce Miller regarding damages | EAG | 0.30 | 75.00 |
| 04-03-18 | Email to James Gilliam | BEM | 0.20 | 85.00 |
|  | Email from James Gilliam | BEM | 0.10 | 42.50 |
| 04-05-18 | Email to James Gilliam | BEM | 0.20 | 85.00 |
| 04-13-18 | Email from James Gilliam | BEM | 0.10 | 42.50 |
|  | Receive and review Motion for Extension of Time | BEM | 0.20 | 85.00 |
|  | Email to James Gilliam | BEM | 0.10 | 42.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04-16-18 | Receive and review order | BEM | 0.10 | 42.50 |
| 04-17-18 | Email from James Gilliam | BEM | 0.20 | 85.00 |
| 04-18-18 | Review and revise Defendant's proposed Joint Motion | BEM | 0.30 | 127.50 |
| | Review and revise Defendant's proposed Settlement Agreement and Release | BEM | 0.30 | 127.50 |
| | Email to James Gilliam | BEM | 0.30 | 127.50 |
| | Compare settlement documents with Hudson's I | EAG | 0.40 | 100.00 |
| 04-23-18 | Email from James Gilliam (April 20) | BEM | 0.20 | 85.00 |
| | Email from James Gilliam | BEM | 0.10 | 42.50 |
| | Receive and review Hudson's revised Settlement Agreement and Release and Joint Motion | BEM | 0.40 | 170.00 |
| 04-24-18 | Email to James Gilliam | BEM | 0.30 | 127.50 |
| | Email from James Gilliam | BEM | 0.10 | 42.50 |
| | Email to James Gilliam | BEM | 0.20 | 85.00 |
| | Email from James Gilliam | BEM | 0.10 | 42.50 |
| | Review and revise Settlement Agreement and Release | BEM | 0.40 | 170.00 |
| | Receive and review revised Joint Motion | BEM | 0.20 | 85.00 |
| | Review and revise Declaration for Attorneys Fees | BEM | 1.80 | 765.00 |
| | Revise settlement agreement; draft declaration of Bruce Miller | CCM | 0.30 | 54.00 |
| 04-25-18 | Email to James Gilliam | BEM | 0.10 | 42.50 |
| 04-27-18 | Email from James Gilliam | BEM | 0.10 | 42.50 |
| | Receive and review Motion for Extension | BEM | 0.10 | 42.50 |
| | Email to James Gilliam | BEM | 0.10 | 42.50 |
| 05-02-18 | Receive and review Defendant's Memorandum In Opposition to attorneys' fees and costs | BEM | 0.80 | 340.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | Working session with Beth Germain | BEM | 0.20 | 85.00 |
| | Review of law on awarding fees for motion regarding award of fees | EAG | 0.70 | 175.00 |
| 05-03-18 | Telephone call with David McCormack | BEM | 0.20 | 85.00 |
| | Telephone call with James Gilliam | BEM | 0.10 | 42.50 |
| | Email from James Gilliam; receive and review Defendant's revisions to Motion for Extension | BEM | 0.20 | 85.00 |
| | Prepare Declaration of David McCormick; email to David McCormack | BEM | 1.00 | 425.00 |
| | Multiple emails with employment law attorneys regarding fees | BEM | 0.50 | 212.50 |
| | Begin preparing Reply to Memorandum In Opposition to Attorneys' Fees and Costs | BEM | 2.00 | 850.00 |
| | Revise Joint Motion for extension of time to answer Memorandum In Opposition regarding attorneys fees to comply with Local Rules 6.01 and 12.01 | CCM | 0.40 | 72.00 |
| 05-07-18 | Research attorney fees and Judge Gergel | EAG | 0.90 | 225.00 |
| | Finalize Motion to Extend Deadline; telephone call to and email to ECF filing Clerk | CCM | 0.20 | 36.00 |
| 05-08-18 | Customize Declaration for David Rothstein and email to David Rothstein | BEM | 0.50 | 212.50 |
| | Finish and finalize Reply regarding Attorneys' Fees and Costs | BEM | 5.00 | 2,125.00 |
| | Fee Total | | 50.60 | 17,739.00 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03-01-18 | Filing Fee - complaint | 400.00 |
| 03-05-18 | Postage Expense March 2018 | 0.94 |
| | Copy Charges (Internal) March 2018 120 @ 0.20 | 24.00 |
| 04-03-18 | Lexis/Westlaw | 122.04 |
| | Disbursement Total | 546.98 |

| | HOURS | RATE | AMT |
|---|---|---|---|
| BEM | 30.00 | $425.00 | $12,750.00 |
| EAG | 18.30 | $250.00 | $4,575.00 |

| | | | |
|---|---|---|---|
| CCM | 2.30 | $180.00 | $414.00 |

| | |
|---|---|
| Total Fee & Disbursements This Invoice | $18,285.98 |
| Total Invoice Amount | $18,285.98 |
| **BALANCE NOW DUE (including past due amounts)** | **$18,285.98** |